[ case number ]

CAPITAL COMMUNITY BANK
15400 SHERMAN WAY STE 170
VAN NUYS, CA 91406-4272

COLLECTION BUREAU
SERVICES
ATTN: BANKRUPTCY 212 EAST SPRUCE
STREET
MISSOULA, MT 59802

COMENITY BK/ULTA
ATTN: BANKRUPTCY DEPT
PO BOX 182125
COLUMBUS, OH 43218

COMENITY/SEPHORA
ATTN: BANKRUPTCY
PO BOX 182125
COLUMBUS, OH 43218

FIRST INTERSTATE
BANCSYSTEM
ATTN BANKRUPTCY DEPARTMENT
401 NORTH 31ST STREET/ PO BOX 30918
BILLINGS, MT 59101

IRS
PO BOX 7346
PHILADELPHIA, PA 19101-7346

JEFFERSON CAPITAL
SYSTEMS, LLC
ATTN: BANKRUPTCY 16 MCLELAND ROAD
SAINT CLOUD, MN 56303

KOHLS/CAPITAL ONE
ATTN: CREDIT ADMINISTRATOR
PO BOX 3043
MILWAUKEE, WI 53201-3043

LINCOLN COUNTY CREDIT
UNION
402 MONTANA AVE
LIBBY, MT 59923

MIDLAND
FUNDING/MIDLAND CREDIT
MGMT
ATTN: BANKRUPTCY
PO BOX 939069
SAN DIEGO, CA 92193

MT DEPT OF REVENUE
BANKRUPTCY UNIT
PO BOX 7701
HELENA, MT 59604-7701

NETCREDIT
ATTN: BANKRUPTCY ATTN: BANKRUPTCY
175 W. JACKSON BLVD , STE 1000
CHICAGO, IL 60604

NORTHWEST TITLE LOANS
2502 NORTH 4TH ST.
COEUR D ALENE, ID 83814

ONEMAIN FINANCIAL
ATTN: BANKRUPTCY
PO BOX 3251
EVANSVILLE, IN 47731

STEVE KIMM
ANESTHESIA ASSOCIATES OF COEUR
D'ALENE
689 S JARVIS
COEUR D ALENE, ID 83814

TARGET NB
C/O FINANCIAL & RETAIL SERVICES
MAILSTOP BT PO BOX 9475
MINNEAPOLIS, MN 55440

TITLE FINANCIAL SPECIALTY
SERVICES
ATTN: FORECLOSURE DEPT.
PO BOX 339
BLACKFOOT, ID 83221

WHEELS
FINANCIAL/LOANMART
ATTN: BANKRUPTCY DEPT P. O. BOX 8075
VAN NUYS, CA 91409

**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MONTANA**
**MISSOULA DIVISION**

IN RE: **BACHE, BRITANI NICHOLE**                                                                    CASE NO 9:23-BK-90138
       **BACHE, JASON ROBERT**

                                                                          CHAPTER **13**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date _____08/10/2023_____     Signature _____/S/ BRITANI NICHOLE BACHE_____
                                                                Britani Nichole Bache, Debtor


Date _____08/10/2023_____     Signature _____/S/ JASON ROBERT BACHE_____
                                                                Jason Robert Bache, Joint Debtor